IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos. 5:11cr29-MW/CJK-1
  5:13cv88-MW/CJK

RICARDO MORENO,
a/k/a Daniel Rodriguez-Rivas,

    Defendant.

_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No. 54. Upon consideration, no objections having been filed by Defendant,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's amended motion to vacate, set aside or correct sentence, ECF No. 49, is **DENIED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

SO ORDERED on June 9, 2015.

                                                  s/Mark E. Walker                    
                                                **United States District Judge**